**Fill in this Information to identify the case:**

Debtor 1: Robert Bernard Rawls
First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District Of North Carolina

Case Number: 20-80421 C-13D

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $18,132.30 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
Natasha Sykes Rawls aka Natasha Monique Rawls

☒ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District Of North Carolina
101 South Edgeworth Street
Greensboro, NC 27401

**6. Applicant Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: October 18, 2024

_[signature]_

Signature of Applicant
Brian J Dilks – Member
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**6. Co-Applicant Declaration (if applicable)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

**7. Notarization**
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>October 18, 2024</u> was subscribed and sworn to before me this <u>18th</u> day of <u>October</u>, 20<u>24</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)     Notary Public: _[signature]_
Matthew Zettley

My commission expires: <u>February 19, 2026</u>

[SEAL: MATTHEW ZETTLEY NOTARY PUBLIC #197679 STATE OF WASHINGTON COMMISSION EXPIRES FEBRUARY 19, 2026]

**7. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)     Notary Public_____

My commission expires:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:

Robert Bernard Rawls

Bankruptcy Case No.: 20-80421 C-13D

Chapter No.: 13

**CERTIFICATE OF SERVICE**

I certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that on the October 18, 2024, I served a copy of the Application for Payment of Unclaimed Funds and the required supporting documentation by First Class Mail upon:

Office of the United States Attorney
Middle District Of North Carolina
101 South Edgeworth Street
Greensboro, NC 27401

I further certify that on the October 18, 2024, I served copy of the Application for Payment of Unclaimed Funds by First Class Mail upon:

Natasha Sykes Rawls
Owner of Record
3312 Cemetery Road
Sanford, NC 27332

Trustee
Anita Jo Kinlaw Troxler
500 W. Friendly Ave.
Greensboro, NC 27402-1720

Debtors Attorney
Edward C. Boltz
1738 Hillandale Rd., Suite D
Durham, NC 27705

Date: October 18, 2024

Bankruptcy Administrator
John Paul Hughes Cournoyer
101 South Edgeworth Street
Greensboro, NC 27401

Debtor
Robert Bernard Rawls
3312 Cemetery Road
Sanford, NC 27332

Kameron Rawls and Nikiya Rawls
5000 Briarwood Dr
Sanford, NC 27332

_____
Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com