**SO ORDERED.**

**SIGNED this 14th day of January, 2025.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

CASE NO.   20-80421

Robert Bernard Rawls
    Debtor

CHAPTER 13

**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

This matter coming before the Court upon the Application for Payment of Unclaimed Funds filed on 1/8/2025 by Dilks & Knopik, LLC as assignee of the heirs of the original claimant, Natasha Sykes Rawls; it appearing to the Court that the Application was noticed out in error on January 8, 2025 with a deadline of January 31, 2025 for objections; and the Court, after considering the Application, finds the Application should be denied; the proper successor claimant is a duly appointed Personal Representative of the Estate of Natasha Sykes Rawls with the unclaimed funds to be payable to said Estate; therefore, it is

ORDERED that the Application for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC is **DENIED** and the deadline for objections is Moot because the Application is denied.

**END OF DOCUMENT**

**PARTIES TO BE SERVED**

Dilks & Knopik
35308 SW Center Street
Snoqualmie, WA 98065

Natasha Sykes Rawls
Owner of Record
3312 Cemetery Road
Sanford, NC  27332

Kameron Rawls and Nikiya Rawls
5000 Briarwood Drive
Sanford, NC  27332

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
PO Box 1720
Greensboro, NC  27402-1720

Edward C. Boltz
Attorney for Debtor
1738 Hillandale Rd.
Durham, NC  27705

John T. Orcutt
Attorney for Debtor
6616-203 Six Forks Rd.
Raleigh, NC  27615

John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC  27401